No. 74–6715.  Kline et al. *v.* Illinois.  Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  Mr. Justice Brennan would note probable jurisdiction and set

case for oral argument.